UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


IN RE:

LAKESIDE HEIGHTS NURSING CENTER, LLC,

No. 06-05492
Ch 7
Judge K. Rodney May

Debtor


# MOTION TO CONTINUE HEARING
# SCHEDULED FOR MARCH 27, 2007

Comes the Commonwealth of Kentucky, Cabinet for Health and Family Services (hereinafter referred to as "Commonwealth"), by and through counsel, and for its Motion to Continue Hearing Scheduled for March 27, 2007, and requests that said hearing be rescheduled to April 10, 2007. In support, the Movant states as follows:

1. A hearing has been scheduled by the Court on the Commonwealth's Motion for Reconsideration of Order Approving Trustee's Application to Employ Guthrie True as Attorney **[doc #178]**, for March 27, 2007 at 9:30 a.m.

2. A hearing has been scheduled by the Court on the Commonwealth's Motion for Change of Venue to the U.S. Bankruptcy Court for the Eastern District of Kentucky **[doc #182]**, for April 10, 2007 at 11:00 a.m.

3. Counsel for the Cabinet has a previously scheduled hearing on March 27, 2007, and cannot travel to Florida for the hearing.

4. Counsel for the Commonwealth has spoken with John Rains, representing HCFP REIT-Lakeside - the Landlord; H. Bradley Staggs representing Tower Holdings; Zala Forizs, representing the Trustee; Dawn Carapella, attorney for Debtor; and Benjamin Lambers

representing the U.S. Trustee. All of the above-mentioned counsel have stated that they have no objection to the rescheduling of the hearing on the Motion for Reconsideration to the April 10, 2007 docket.

5. This motion is not made for the purpose of hindrance or delay, nor will granting the relief sought herein prejudice the rights of the parties hereto.

WHEREFORE, the Commonwealth requests that the hearing scheduled on March 27, 2007 on the Motion for Reconsideration be continued and heard on the April 10, 2007 docket in Tampa, FL, at 11:00 a.m., Courtroom 9B, Sam M. Gibbons Courthouse, 801 N. Florida Avenue.

/s/ ALAN C. STOUT
Alan C. Stout (astout@stoutlaw.com)
Stout, Farmer & King, PLLC
2008 Broadway
P. O. Box 7766
Paducah, KY 42002-7766
270-443-4431
Fax: 270-443-4631

**NOTICE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2007, I electronically filed a true and correct copy of the Notice of Appearance and Demand for Service of Papers with the Clerk of the U.S. Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing to the following parties in the manner of service indicated below.

/s/ Alan C. Stout
Alan C. Stout

*Via CM/ECF electronic notice:*

Dawn A. Carapella
Javier M. Guzman
Benjamin E. Lambers
Richard J. McIntyre
Richard D. Nelson
John H. Rains
United States Trustee