UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LAKESIDE HEIGHTS NURSING
CENTER, LLC,

    Debtor.
_____/

Chapter 7
Case No. 8:06-bk-05492-KRM

## ORDER APPOINTING THE LAW FIRM OF
## TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL, & MULLIS, P.A.
## AS SPECIAL COUNSEL TO THE TRUSTEE

**THIS MATTER** came on for consideration, in Chambers, upon the Chapter 7 Trustee's Application for Order Authorizing Employment of Trenam Kemker as Special Counsel to the Trustee (the "Application") with accompanying Affidavit in support of the same. It appearing that neither Dawn A. Carapella nor any member of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill, & Mullis, P.A. holds any interest adverse to the estate with respect to the matters upon which they are to be retained, and they are disinterested, and it further appearing that the employment of the said attorneys is in the best interest of the estate, the Court finds that the Application should be approved.

Accordingly, it is

**ORDERED and ADJUDGED** that,

1. The Chapter 7 Trustee's Application for Order Authorizing Employment of Trenam Kemker as Special Counsel to the Trustee is hereby GRANTED.

2. Susan Woodard, Chapter 7 Trustee, is authorized to employ Dawn A. Carapella and the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill, & Mullis, P.A. as special counsel for the Trustee and the estate for the purposes set forth in the Application.

3. Compensation will be paid in such amounts as may be allowed by this Court upon proper application, in accordance with 11 U.S.C. §330, with no payments to be made absent an application and order of this Court.

**DONE and ORDERED** in at Tampa, Florida, *nunc pro tunc* to January 26, 2007, on ___APR 1 2 2007___.

K. RODNEY MAY
U.S. Bankruptcy Judge

Copies furnished to:

**Dawn A. Carapella, Esquire**, Post Office Box 1102, Tampa, Florida 33601-1102
**Susan Woodard, Trustee,** Post Office Box 7828, St. Petersburg, FL 33734-7828
**John H. Rains III, Esquire**, 501 East Kennedy Boulevard, Suite 750, Tampa, FL 33062
**Benjamin E. Lambers, Esquire**, U.S. Trustee's Office, 501 East Polk Street, Suite 1200, Tampa, FL 33602
**Robert J. Wahl, Esquire**; Forzisz Dogal, 4301 Anchor Plaza Parkway, Suite 300, Tampa FL 33634-7521