UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LAKESIDE HEIGHTS NURSING
CENTER, LLC,

    Debtor.
_____/

Chapter 7
Case No. 8:06-bk-05492-KRM

**ORDER APPROVING TRUSTEE'S EMERGENCY APPLICATION TO EMPLOY LINOWES AND BLOCHER LLP AS SPECIAL COUNSEL**
**(DOC. NO. 223)**

**THIS CAUSE** came on for hearing on July 10, 2007, to consider Trustee, Susan K. Woodard's Emergency Application to Employ Linowes and Blocher LLP as Special Counsel (the "Application"). The Court reviewed the Application and the record, heard argument of counsel, and for the reasons stated orally and recorded in open court, finds that the Application should be approved. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Application is approved.

2. The Trustee is authorized to employ Linowes and Blocher, LLP as special counsel to represent the Trustee in Miscellaneous Proceeding No. 07-90005, pending in the United States Bankruptcy Court for the District of Maryland.

3. No fees shall be paid absent application and approval of this Court.

**DONE AND ORDERED** at Tampa, Florida on ___**JUL 1 8 2007**___.

_K R L M_
K. RODNEY MAY
United States Bankruptcy Judge

Copies furnished to:
Bradford Englander, Esquire, Linowes and Blocher LLP  7200 Wisconsin Avenue, Suite 800, Bethesda, MD 20814
Jennifer Larkin, Esquire, Linowes and Blocher LLP  7200 Wisconsin Avenue, Suite 800, Bethesda, MD 20814
Dawn A. Carapella, Esquire, P.O. Box 1102, Tampa, FL  33601-1102
Robert Wahl, Esquire, 4301 Anchor Plaza Pkwy Ste 300, Tampa FL 33634-7521
Zala Forizs, Esquire, 4301 Anchor Plaza Pkwy Ste 300, Tampa FL 33634-7521
Jeffrey P. Fuller, Esquire, 511 Union Street, Suite 2700, Nashville, TN 37219
James T. Heidelbach, Esquire, One South Street, Suite 2200, Baltimore, MD 21202
Benjamin Lambert, Esquire, United States Trustee's Office, 501 East Polk Street, Suite 1200, Tampa, FL 33602
John H. Rains, III, Esquire, 501 East Kennedy Boulevard., Suite 750, Tampa, Florida 33602
H. Bradley Staggs, Esquire, Bush Ross, P.A., PO Box 3913, Tampa, FL 33601-3913
Richard D. Nelson, Esquire, Monica V. Kindt, Esquire, Cohen, Todd, Kite & Stanford, LLC, 250 East Fifth Street, Suite 1200, Cincinnati, OH  45202
Ann Miller, Esquire, Fred Keith, Esquire, Doan, Keith and Brokamp, LLC, 5710 Wooster Pike, Suite 212, Cincinnati, OH  45227

-2052476v1